NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEORA TUCKER,**

*Plaintiff-Appellant*

**v.**

**TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., IC SYSTEM, INC.,**

*Defendants-Appellees*

---

2022-2145

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:21-cv-01215-WB, Judge Wendy Beetlestone.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

This appeal arises out of the same litigation as *Tucker v. Trans Union LLC*, No. 2022-152, in which this court recently dismissed appellant's petition, concluding that we lacked appellate jurisdiction over the subject matter and that transfer to the court of appeals that would otherwise have jurisdiction was unwarranted because that court had

already resolved all appealable issues in the case.  This appeal appears merely duplicative, and no additional orders have been entered on the district court's docket that might warrant transfer.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Ms. Tucker's motion to redact aspects of the settlement agreement, ECF No. 15, is granted to the extent that ECF No. 11 shall remain under seal and exhibit "A" to ECF No. 15 shall be sealed.

(3)  All other pending motions are denied as moot.

(4)  Each side shall bear its own costs.

FOR THE COURT

October 24, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court